IN RE RETIREMENT OF HUBER.

[Cite as *In re Retirement of Huber*, 2025-Ohio-5007.]

*Attorneys at law—Retirement—Gov.Bar R. VI(11)(C).*

(No. 2025-1303—Submitted October 28, 2025—Decided November 4, 2025.)

ON APPLICATION FOR RETIREMENT OR RESIGNATION

PURSUANT TO GOV.BAR R. VI(11).

_____

{¶ 1} John Barton Huber, Attorney Registration No. 0022563, who was admitted to the bar of this State on October 27, 1967, has submitted an application for retirement pursuant to Gov.Bar R. VI(11). On consideration thereof, it is ordered by the court that pursuant to Gov.Bar R. VI(11)(C), the application for retirement as an attorney and counselor at law is hereby accepted.

{¶ 2} The court expresses to Attorney Huber its sincerest gratitude for his service as a counselor at law for 58 years. The court further commends him for his service to the bar and the cause of justice and extends to him its very best wishes in retirement from the practice of law.

{¶ 3} Attorney Huber is reminded that upon entry of this order, his retirement from the practice of law becomes unconditional, final, and irrevocable. He should no longer hold himself out as an attorney authorized to appear in the courts of this State or render services as an attorney or counselor at law.

{¶ 4} As set forth in Gov.Bar R. VI(11)(D), respondent may be designated as "retired" on law-firm letterhead if the attorney's name was included on the letterhead prior to the time that the attorney's retirement was accepted by the Supreme Court.

{¶ 5} The court again extends to Attorney Huber its congratulations, appreciation, and best wishes.

{¶ 6} The clerk of this court shall issue a certified copy of this order to respondent's last known address as provided for in Gov.Bar R. VI(11)(C).

KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

BRUNNER, J., not participating.

_____